**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2409**

---

BARTON J. ADAMS,

                              Plaintiff - Appellant,

        versus


STATE OF WEST VIRGINIA; STATE OF WEST
VIRGINIA, Board of Osteopathy; ROBERT FOSTER,
individually and in his capacity as President/
Member of the Board of Osteopathy; RODENY
FINK, D.O., individually and in his capacity
as Vice President/Member of the Board of
Osteopathy; JOSEPH E. SCHREIBER, D.O., indi-
vidually in his capacity as a Secretary/Member
of the Board of Osteopathy; KAY CHERENKO, in-
dividually and in her capacity as a member of
the Board of Osteopathy; BEA HARVEY, individ-
ually and in his capacity as a President/
Member of the Board of Osteopathy; PAUL
KLEMAN, individually and in his capacity as a
President/Member of the Board of Osteopathy,

                              Defendants - Appellees,

        and


DOES 1-100, individuals; DOE ENTITIES 1-100,

                              Defendants.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
Chief District Judge.  (CA-96-200-5)

Submitted:  January 5, 1999          Decided:  January 20, 1999

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barton J. Adams, Appellant Pro Se.  James J.A. Mulhall, SHUMAN, ANNAND, BAILEY, WYANT & EARLES, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his complaint with prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Adams v. State of West Virginia</u>, No. CA-96-200-5 (N.D.W. Va. Aug. 19, 1998). Accordingly, we deny Appellees' motions to supplement the record and to strike Appellant's reply brief as moot. We also deny Appellant's request for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>